INTERNATIONAL FASTENER COMPANY, Respondent, v. FRANCIS MANUFACTURING COMPANY, Appellant.— Upon reargument, order modified so as to eliminate the provisions for examining the defendant corporation as to the " sew-on fasteners " and the provision for examining the bookkeeper Parker, and as so modified affirmed, without costs of the appeal to either party. All concurred. (See 185 App. Div. 906, 946.)

AARON L. MERCER, Appellant, v. CHAMBERLAIN INSTITUTE and Others, Respondents.— Plaintiff's motion to be relieved from default upon argument granted, and permission granted to plaintiff to file brief within two weeks, with leave to defendants to answer same within five days thereafter.

LOUISA E. WILCOX, Plaintiff, v. BENJAMIN F. POTTER and HELEN POTTER, Defendants.— Appeal dismissed, without costs, upon stipulation filed. ·

WILLIAM H. SMITH, Plaintiff, v. ASHTABULA AND BUFFALO DRY DOCK COMPANY, Defendant.— Appeal dismissed, without costs, upon stipulation filed.

EMMA COVILLE, Respondent, ·v. CLARENCE E. HART, as Administrator, etc., Appellant.— Motion granted and appeal dismissed, with costs.

MAGDALENA C. LANGE, Appellant, v. N. J. FIDELITY AND PLATE GLASS INSURANCE COMPANY OF NEWARK, N. J., Respondent.— Motion granted and appeal dismissed, with costs.

FERDINAND J. BOMMER, Appellant, v. CITIZENS INSURANCE COMPANY OF MISSOURI and Others, Respondents.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal within thirty days and pay to respondents' attorneys ten dollars.

WELCOME B. PRICE and Another, Appellants, v. WILLIAM H. TOMPKINS and Another, as Executors, etc., of HARRIET E. PRICE, Deceased, Respondents.— Order affirmed, with ten dollars costs and disbursements. All concurred.

JAMES W. DOUGHERTY, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed briefs on appeal by November twenty-ninth and shall be ready for argument on December second.

ARTHUR W. BLANKMEYER, Plaintiff, v. MUTUAL FILM CORPORATION, Defendant.— Motion for judgment on default and to vacate stay granted, unless plaintiff shall file and serve printed papers on motion by December sixteenth.

MARY A. OSTRANDER, Respondent, v. CHARLES F. BRICKA and Another, Appellants.— Order entered making judgment of the Court of Appeals the judgment of this court.

GRANT GEAR WORKS, INC., Appellant, v. HYDRAULIC TURBINE COMPANY, Respondent.— Judgment and order affirmed, with costs. All concurred.

JOHN H. SPRING, Appellant, v. CENTRAL TRUST COMPANY OF NEW YORK, INC., Respondent.— Judgment affirmed, with costs. All concurred.